**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION (CHICAGO)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lotterer, James** | Name of Joint Debtor (Spouse)  (Last, First, Middle):<br>**Lotterer, Erin** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Erin Johnson; fka Erin Petersen** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **xxx-xx-5686** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **xxx-xx-4528** |
| Street Address of Debtor (No. and Street, City, and State):<br>**116 Simpson St**<br>**Geneva, IL** <div align="right">ZIP CODE<br>**60134**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**116 Simpson St**<br>**Geneva, IL** <div align="right">ZIP CODE<br>**60134**</div> |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br>**116 Simpson St**<br>**Geneva, IL** <div align="right">ZIP CODE<br>**60134**</div> | Mailing Address of Joint Debtor (if different from street address): <div align="right">ZIP CODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above): <div align="right">ZIP CODE</div> | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

### Check one box:     Chapter 11 Debtors

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

### Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

### Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

<div align="right">THIS SPACE IS FOR COURT USE ONLY</div>

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (12/11)**                                                                                     Page 2

| # Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **James Lotterer**<br>**Erin Lotterer** |
|---|---|

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

**X** **/s/ Karla Hunter**                                11/25/2012

   Karla Hunter                                                      Date

</td>
</tr>
</table>

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

   ☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
### (Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

## Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.49.1, ID 2450.*

**B1 (Official Form 1) (12/11)** Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | James Lotterer |
| | Erin Lotterer |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ James Lotterer
_____
James Lotterer

**X** /s/ Erin Lotterer
_____
Erin Lotterer

_____
Telephone Number (If not represented by attorney)

11/25/2012
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Karla Hunter
_____
Karla Hunter          Bar No. 6298449

**Law offices of Karla Hunter**
**1109 Hidden Spring Dr**

**Naperville, IL 60540**

Phone No. (630) 849-4555      Fax (630) 369-9599

11/25/2012
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**B 1D (Official Form 1, Exhibit D) (12/09)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   James Lotterer                                          Case No. _____

Erin Lotterer                                                            (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you
cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens,
you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your
case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may
have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.
Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling
and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services
provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling
and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services
provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any
debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during
the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit
counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days
after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together
with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in
dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of
15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case
without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:  **James Lotterer**                                    Case No. _____

**Erin Lotterer**                                                              (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ James Lotterer**_____

James Lotterer

Date:      **11/25/2012**_____

**B 1D (Official Form 1, Exhibit D) (12/09)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    James Lotterer                                 Case No. _____
          Erin Lotterer                                                (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you
cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens,
you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your
case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may
have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D.*
*Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling
and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services
provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling
and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services
provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any*
*debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during
the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit
counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days
after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together
with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in
dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of
15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case
without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   James Lotterer                                    Case No. _____
         Erin Lotterer                                              (if known)

         Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Erin Lotterer**_____
                       Erin Lotterer

Date: _____**11/25/2012**_____

B6A (Official Form 6A) (12/07)

In re   **James Lotterer**
          **Erin Lotterer**

Case No. _____
                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Wyndham<br>The Glacier Canyon Time-Share (Wisconsin)<br>Timeshare<br>Purchased for $17,149 on 03/30/2009<br>Preforeclosure | Timeshare | J | Unknown | $11,658.25 |
| WYNDHAM VACATION RESORTS Timeshare<br>Ocean Walk II Time-Share (Florida) | Timeshare | J | Unknown | $12,039.67 |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **James Lotterer**
**Erin Lotterer**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JP Morgan Chase Checking Account For James Lotterer | H | $34.00 |
| | | JP Morgan Chase Savings Account James Lotterer Trustee for daughter's savings account | H | $25.02 |
| | | JP Morgan Chase Saving Account James Lotterer Account | H | $28.15 |
| | | JP Morgan Chase Checking Account Erin Lotterer | W | $72.40 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household furniture: bedroom furniture Bed $50, 2 dressers $40, lamp $3; 6 year old TV $20; daughters bedroom 20 year old bed/dresser/desk, lamp and toys $50;Dining room table and chairs 10 years old $40; Living Room: 20 year old sofa & love seat $35, tv & stand  4 years old $150; dvd player, xbox and Wii $100; Patio Set $75, 6 years, lawn mover $20  6 years old; Basement futon $30 7 years, tv stand and tv $50; Kitchen: small appliances $25; Office Desk and office chair $50; desk top computer 4 years $70; 7 laptops $175;  treadmill $75 | J | $1,058.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal Clothing | J | $500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **James Lotterer**                                        Case No. _____
        **Erin Lotterer**                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Guitars:2 Fender Squires 4 years $100; Ibanez guitar 39 years $120; yamaha 25 years $100; schecter $75 5 years; Ovation 25 years $100; Ovation 4 years $50; Broken Marshall Combo Amp 14 years 25; Egnater Amp 3 years $350; yamaha piano (electric) $75 6 years old; keyboard $25 3 years; PA system with speakers 4 years $200; misc guitar stuff $150; Gibson 1 1/2 years old $800 | J | $2,170.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **James Lotterer**                                         Case No. _____

      **Erin Lotterer**                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | Arrearage of Child Support Due to Erin for now emancipated child. Child's father was paying through 7/12 but is now being held on 2M dollars bond in CA prison. Not sure if or when arrearages will be able to be collected. | W | $3,000.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James Lotterer**                                    Case No. _____

     **Erin Lotterer**                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Kia Optima 78,000 miles | J | $4,603.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re    **James Lotterer**                          Case No. _____
**Erin Lotterer**                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**    **$11,490.57**

B6C (Official Form 6C) (4/10)

In re **James Lotterer**
     **Erin Lotterer**

Case No. _____
                 (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| JP Morgan Chase Checking Account For James Lotterer | 735 ILCS 5/12-1001(b) | $34.00 | $34.00 |
| JP Morgan Chase Savings Account James Lotterer Trustee for daughter's savings account | 735 ILCS 5/12-1001(b) | $25.02 | $25.02 |
| JP Morgan Chase Saving Account James Lotterer Account | 735 ILCS 5/12-1001(b) | $28.15 | $28.15 |
| JP Morgan Chase Checking Account Erin Lotterer | 735 ILCS 5/12-1001(b) | $72.40 | $72.40 |
| Household furniture: bedroom furniture Bed $50, 2 dressers $40, lamp $3; 6 year old TV $20; daughters bedroom 20 year old bed/dresser/desk, lamp and toys $50;Dining room table and chairs 10 years old $40; Living Room: 20 year old sofa & love seat $35, tv & stand  4 years old $150; dvd player, xbox and Wii $100; Patio Set $75, 6 years, lawn mover $20  6 years old; Basement futon $30 7 years, tv stand and tv $50; Kitchen: small appliances $25; Office Desk and office chair $50; desk top computer 4 years $70; 7 laptops $175; treadmill $75 | 735 ILCS 5/12-1001(b) | $1,058.00 | $1,058.00 |
| Personal Clothing | 735 ILCS 5/12-1001(a), (e) | $500.00 | $500.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced  on or after the date of adjustment.* | | **$1,717.57** | **$1,717.57** |

B6C (Official Form 6C) (4/10) -- Cont.

In re    **James Lotterer**                                    Case No. _____
       **Erin Lotterer**                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Guitars:2 Fender Squires 4 years $100; Ibanez guitar 39 years $120; yamaha 25 years $100; schecter $75 5 years; Ovation 25 years $100; Ovation 4 years $50; Broken Marshall Combo Amp 14 years 25; Egnater Amp 3 years $350; yamaha piano (electric) $75 6 years old; keyboard $25 3 years; PA system with speakers 4 years $200; misc guitar stuff $150; Gibson 1 1/2 years old $800 | 735 ILCS 5/12-1001(b) | $2,170.00 | $2,170.00 |
| Arrearage of Child Support Due to Erin for now emancipated child. Child's father was paying through 7/12 but is now being held on 2M dollars bond in CA prison. Not sure if or when arrearages will be able to be collected. | 735 ILCS 5/12-1001(g)(4) | $3,000.00 | $3,000.00 |
| 2006 Kia Optima 78,000 miles | 735 ILCS 5/12-1001(c) | $2,400.00 | $4,603.00 |
|  | 735 ILCS 5/12-1001(b) | $1,725.00 |  |
|  |  | **$11,012.57** | **$11,490.57** |

B6D (Official Form 6D) (12/07)

In re **James Lotterer**
**Erin Lotterer**

Case No. _____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx xxx xx4 865**<br><br>**WYNDHAM VACATION RESORTS, INC.**<br>**PO BOX 97474**<br>**LAS VEGAS, NV 89195** | | J | DATE INCURRED: **3/30/2009**<br>NATURE OF LIEN:<br>**Mortgage on Timeshare**<br>COLLATERAL:<br>**Glacier Canyon Time-Share (Wisco**<br>REMARKS:<br>**Foreclosure - no judgment yet**<br>**Glacier Canyon Time-Share**<br>**(Wisconsin):**<br>**Purchased for $17,149 but current**<br>**value is hard to determine**<br><br><br>VALUE: **$0.00** | | | | $11,658.25 | $11,658.25 |
| **Representing:**<br>**WYNDHAM VACATION RESORTS, INC.** | | | **Tara C Early, Plaintiff's Attorney**<br>**309 N Orange Ave, Ste 260**<br>**Orlando, FL 32801** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxxx xxx xx9 315**<br><br>**WYNDHAM VACATION RESORTS, INC.**<br>**PO BOX 97474**<br>**LAS VEGAS, NV 89195** | | J | DATE INCURRED: **10/26/2010**<br>NATURE OF LIEN:<br>**Mortgage on Timeshare**<br>COLLATERAL:<br>**Ocean Walk II Time-Share (Florida)**<br>REMARKS:<br>**Preforeclosure**<br>**Ocean Walk II Time-Share (Florida)**<br>**Purchased for $23, 449  10/26/2010**<br>VALUE: **$0.00** | | | | $12,039.67 | $12,039.67 |
| | | | Subtotal (Total of this Page) > | | | | $23,697.92 | $23,697.92 |
| | | | Total (Use only on last page) > | | | | $23,697.92 | $23,697.92 |

_____ **No** _____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6E (Official Form 6E) (04/10)

In re    **James Lotterer**                                          Case No. _____
**Erin Lotterer**                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

### TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached shee

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____ **No** _____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **James Lotterer**                                      Case No. _____
         **Erin Lotterer**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx3786**<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090** | | H | DATE INCURRED: **2000**<br>CONSIDERATION:<br>**debt buyer of credit card**<br>REMARKS:<br>**Original creditor Providian wrote off and sold debt in 02/2002** | | | | **$10,803.51** |
| ACCT #:  **xxxxx0697**<br>**AT&T U-verse**<br>**PO Box 5014**<br>**Carol Stream, IL 60197** | | H | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$530.58** |
| **Representing:**<br>**AT&T U-verse** | | | **Credit Collection Services**<br>**Two Wells Ave**<br>**Newton, MA 02459** | | | | **Notice Only** |
| ACCT #:  **xxxxxx9985****<br>**Bank of America**<br>**PO BOX 982235**<br>**El Paso, TX  79998** | | J | DATE INCURRED: **2006 - 2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,460.00** |
| ACCT #:  **xxxxxxxxxx5294**<br>**Bank of America, NA**<br>**PO BOX 982235**<br>**El Paso, TX  79998** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$150.19** |
| **Representing:**<br>**Bank of America, NA** | | | **MRS BPO LLC**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | | | | **Notice Only** |

Subtotal >    **$16,944.28**

_____**8**_____continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **James Lotterer**                                          Case No. _____
         **Erin Lotterer**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxx2370**<br>**Bill Me Later**<br>**PO BOX 105658**<br>**Atlanta, GA 30358** | | **H** | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,079.00** |
| **Representing:**<br>**Bill Me Later** | | | American Coradius International LLC<br>2420 Sweet Home Rd, Ste 150<br>Amherst, NY 14228 | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx0636**<br>**Bill Me Later**<br>**PO BOX 105658**<br>**Atlanta, GA 30358** | | **H** | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,283.00** |
| ACCT #:  **xxxxxxxxxxxxxxxx**<br>**Cach LLC**<br>**4340 S Monaco St., Suite 2**<br>**Denver, CO 80237** | | **J** | DATE INCURRED: **2006 - 2011**<br>CONSIDERATION:<br>**Debt Buyer of US Bank Credit Card**<br>REMARKS: | | | | **$5,939.40** |
| **Representing:**<br>**Cach LLC** | | | John C Bonewicz, PC<br>350 N Orleans St, Suite 300<br>Chicago, IL 60650 | | | | **Notice Only** |
| **Representing:**<br>**Cach LLC** | | | US Bank<br>PO BOX 108<br>Saint Louis, MO 63166 | | | | **Notice Only** |

Sheet no. __1__ of **8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$11,301.40** |
|---|---|---|
|  | Total > | |
|  | (Use only on last page of the completed Schedule F.) | |
|  | (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **James Lotterer**
        **Erin Lotterer**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxx3231**<br>**Cach LLC**<br>**4340 S Monaco St., Suite 2**<br>**Denver, CO 80237** | | H | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Debt Buyer of Credit Card Bank of America**<br>REMARKS:<br>**Judgment for Cache LLC, Case 12 AR 828, Nov 7** | | | | $16,584.43 |
| **Representing:**<br>**Cach LLC** | | | **Bank of America**<br>**PO BOX 982235**<br>**El Paso, TX 79998** | | | | **Notice Only** |
| **Representing:**<br>**Cach LLC** | | | **John C Bonewicz, PC**<br>**350 N Orleans St, Suite 300**<br>**Chicago, IL 60650** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-6903**<br>**Capital One**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | | H | DATE INCURRED:  **2005 - 2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Case 12SC 04274, judgment 11/7/12, 45 day stay** | | | | $2,914.55 |
| **Representing:**<br>**Capital One** | | | **Jerome  Riley, Barbara Nilsen, Melissa H**<br>**1807 W Diehl Road, Ste 333**<br>**Naperville, IL 60566** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-5654**<br>**Capital One**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | | H | DATE INCURRED:  **2005 - 2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,005.00 |

Sheet no. __**2**__ of **8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $23,503.98

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **James Lotterer**                                      Case No. _____
         **Erin Lotterer**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Capital One** | | | Jerome  Riley, Barbara Nilsen, Melissa H 1807 W Diehl Road, Ste 333 Naperville, IL 60566 | | | | **Notice Only** |
| ACCT #:   **xxxxxxxx8561****** **Chase Card Services** **PO Box 15153** **Wilmington, DE 19866** | | W | DATE INCURRED: **2006 - 2012** CONSIDERATION: **Credit Card** REMARKS: | | | | **$471.00** |
| ACCT #:   **xxxx-xxxx-xxxx-4850** **Chase Card Services** **PO Box 15153** **Wilmington, DE 19866** | | H | DATE INCURRED: **2011 - 2012** CONSIDERATION: **Credit Card** REMARKS: | | | | **$2,105.00** |
| ACCT #:   **xxxx-xxxx-xxxx-5175** **Chase Card Services** **PO Box 15153** **Wilmington, DE 19866** | | W | DATE INCURRED: **2012** CONSIDERATION: **Credit Card** REMARKS: | | | | **$471.71** |
| ACCT #:   **xxxxxxxxxxxxxxxx** **Chase/Bank One Card Serv** **PO Box 15298** **Wilmington, DE 19850** | | H | DATE INCURRED: **2006 - 2012** CONSIDERATION: **Credit Card** REMARKS: | | | | **$2,104.00** |
| ACCT #:   **xxx xxxx 1261** **CLUB WYNDHAM PLUS** **P O BOX 97474** **LAS VEGAS, NV 89195** | | J | DATE INCURRED: **ongoing monthly payment** CONSIDERATION: **monthly HOA and maintenance dues** REMARKS: **Executive Contract. Referred as Schedule H (ongoing fee)** **Monthly payment: $92.36  for fees for both** | | | | **$1,803.74** |

Sheet no. __3__ of **8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  |  **$6,955.45**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **James Lotterer**                          Case No. _____
        **Erin Lotterer**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Wyndham timeshare properties  AMOUNT OWED $1803.74 ( includes November 2012) | | | | |
| ACCT #:  **xxxxxxxx1261**<br>**Club Wyndham Plus Cash Managment**<br>**PO Box 340090**<br>**Boston, MA 02241** | | W | DATE INCURRED:  **2010 - 2012**<br>CONSIDERATION:<br>**Wyndham Vacations**<br>REMARKS: | | | | **$1,803.74** |
| ACCT #:  **xxxx-xxxx-xxxx-8436**<br>**Discover Financial Svcs LLC**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | W | DATE INCURRED:  **2007 -2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,086.00** |
| **Representing:**<br>**Discover Financial Svcs LLC** | | | **Integrity Financial Partners, Inc**<br>**4370 W 109th Street, Suite 100**<br>**Overland Park, KS 66211** | | | | **Notice Only** |
| ACCT #:  **xxxxx5501**<br>**DSNB Macy's**<br>**PO Box 8218**<br>**Mason, OH 45040** | | W | DATE INCURRED:  **2006 - 2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,302.00** |
| ACCT #:  **xxxxxxxxxxxx4580**<br>**GE CRB/Sam's Club**<br>**PO Box 965995**<br>**Orlando, Fl 328 96** | | H | DATE INCURRED:  **2005 - 2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,941.00** |

Sheet no. __4__ of **8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      **Subtotal >**         **$6,132.74**

                                                      **Total >**
                        **(Use only on last page of the completed Schedule F.)**
                  **(Report also on Summary of Schedules and, if applicable, on the**
                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **James Lotterer**                                          Case No. _____
     **Erin Lotterer**                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**GE CRB/Sam's Club** | | | NCO Financial Systems, INC<br>4740 Baxter Road<br>Virgina Beach, VA 23462 | | | | **Notice Only** |
| **Representing:**<br>**GE CRB/Sam's Club** | | | Portfolio Recovery Associates LLC<br>PO Box 12903<br>Norfolk, VA 23541 | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxxxx**<br>**GE JCPENNY**<br>**PO BOX 965007**<br>**Orlando, FL 32896** | | H | DATE INCURRED:  **2007 - 2011**<br>CONSIDERATION:  **Credit Card**<br>REMARKS: | | | | **$1,866.00** |
| ACCT #:  **xxxxxxxx1008****<br>**Home Depot/ CBNA**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | W | DATE INCURRED:  **2006 -2011**<br>CONSIDERATION:  **Credit Card**<br>REMARKS: | | | | **$903.00** |
| **Representing:**<br>**Home Depot/ CBNA** | | | CBE Group, INC<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613 | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxxxx**<br>**Home Depot/ Citibank**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | H | DATE INCURRED:  **2005 - 2011**<br>CONSIDERATION:  **Credit Card**<br>REMARKS: | | | X | **$581.00** |

Sheet no. __5__ of **8** _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$3,350.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James Lotterer**          Case No. _____
       **Erin Lotterer**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Home Depot/ Citibank** | | | LTD Financial Services LP<br>7322 Southwest Freeway Suite 1600<br>Houston, TX 77074 | | | | **Notice Only** |
| **Representing:**<br>**Home Depot/ Citibank** | | | United Recovery System<br>5800 North Course Drive<br>Houston, TX 77072 | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxxxx**<br>**Kohls Capital One**<br>**PO Box 3115**<br>**Milwaukee, WI 53201** | | J | DATE INCURRED: **2005 - 2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,475.00** |
| **Representing:**<br>**Kohls Capital One** | | | Metchants & Medical<br>PO Box 505<br>Linden MI 48451 | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-5963**<br>**RBS Citizen**<br>**PO Box 18204**<br>**Bridgeport, CT 06601** | | W | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,221.00** |
| **Representing:**<br>**RBS Citizen** | | | Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago,IL 60656 | | | | **Notice Only** |

Sheet no. __6__ of **8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $3,696.00 |
|---|---|---|
| | Total > | |
| | (Use only on last page of the completed Schedule F.) | |
| | (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **James Lotterer**                                    Case No.  _____
        **Erin Lotterer**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxxxxxxxxxxxx**<br>**Sallie Mae**<br>**11100 USA PKWY**<br>**Fishers,IL 46037** | **H** | DATE INCURRED:  **2002 - 2012**<br>CONSIDERATION:<br>**Education Loan**<br>REMARKS: | | | | **$21,628.00** |
| ACCT #:  **xxxxx4832**<br>**Shell Citibank**<br>**PO BOX  183018**<br>**Columbus, OH 43218** | **W** | DATE INCURRED:  **2005 -20011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$480.97** |
| **Representing:**<br>**Shell Citibank** | | **United Collection Bureau Inc**<br>**5620 Southwyck Blvd Suite 206**<br>**Toledo, OH 43614** | | | | **Notice Only** |
| ACCT #:  **xxxxx2139**<br>**Sundance Vacation NA Inc**<br>**PO Box 2520**<br>**Wilkes Barre, PA 18702** | **J** | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Vacation Package**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Tara C Early**<br>**390 N Orange Ave, Suite 260**<br>**Orlando, FL 32801** | **W** | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx9679**<br>**TNB Target**<br>**PO BOX 660170**<br>**Dallas, TX 75266** | **W** | DATE INCURRED:  **2007 - 20011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$453.00** |

Sheet no.  __7__  of **8** _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | | | | | Subtotal > | **$22,561.97** |
|---|---|---|---|---|---|---|
| | | | | | Total > | |
| | **(Use only on last page of the completed Schedule F.)** | | | | | |
| | **(Report also on Summary of Schedules and, if applicable, on the** | | | | | |
| | **Statistical Summary of Certain Liabilities and Related Data.)** | | | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re    **James Lotterer**                                         Case No. _____

        **Erin Lotterer**                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx2139**<br>**Tri State Financial Inc**<br>**264 HIGHLAND PARK BLVD**<br>**Wilkes, PA 18703** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Vacation Package**<br>REMARKS: | | | | $3,585.02 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | $3,585.02 |
| **Total >** | $98,030.84 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **James Lotterer**                                      Case No. _____
**Erin Lotterer**                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Club Wyndham Plus**<br>P O BOX 97474<br>LAS VEGAS, NV 89195 | Home Association and Maintenance Dues for Wyndham timeshares<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re **James Lotterer**          Case No. _____
    **Erin Lotterer**                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **James Lotterer**                                Case No. _____
        **Erin Lotterer**                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,

unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  daughter | Age(s): 12 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | IT | Pharmacy tech |
| Name of Employer | Enterprise Holdings Inc | CVS |
| How Long Employed | 3 months | 4 months |
| Address of Employer | 8421 St John Industrial Drive | 765 E State St |
| | St Louis, MO 63114 | Geneva, IL 60134 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $1,956.72 | $1,636.98 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$1,956.72** | **$1,636.98** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $63.68 | $81.86 |
|    b. Social Security Tax | $82.18 | $68.75 |
|    c. Medicare | $28.38 | $23.83 |
|    d. Insurance | $0.00 | $106.17 |
|    e. Union dues | $0.00 | $0.00 |
|    f. Retirement | $0.00 | $0.00 |
|    g. Other (Specify) _____ | $0.00 | $0.00 |
|    h. Other (Specify) _____ | $0.00 | $0.00 |
|    i. Other (Specify) _____ | $0.00 | $0.00 |
|    j. Other (Specify) _____ | $0.00 | $0.00 |
|    k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$174.24** | **$280.61** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$1,782.48** | **$1,356.37** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|    a._____ | $0.00 | $0.00 |
|    b._____ | $0.00 | $0.00 |
|    c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,782.48** | **$1,356.37** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,138.85** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **James Lotterer**                              Case No. _____
   **Erin Lotterer**                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of
expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,250.00 |
|  a. Are real estate taxes included? ☑Yes ☐No | |
|  b. Is property insurance included? ☑Yes ☐No | |
| 2. Utilities:   a. Electricity and heating fuel | $240.00 |
|      b. Water and sewer | |
|      c. Telephone | $225.00 |
|      d. Other:   cable, internet | $175.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $615.00 |
| 5. Clothing | $75.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $180.00 |
| 8. Transportation (not including car payments) | $250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $59.57 |
|     b. Life | |
|     c. Health | |
|     d. Auto | $80.00 |
|     e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto: | |
|     b. Other: | |
|     c. Other: | |
|     d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,174.57** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this
document:   **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $3,138.85 |
| b. Average monthly expenses from Line 18 above | $3,174.57 |
| c. Monthly net income (a. minus b.) | ($35.72) |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re   **James Lotterer**                                    Case No.
       **Erin Lotterer**

                                                   Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $11,490.57 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $23,697.92 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $98,030.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,138.85 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,174.57 |
| TOTAL | | 23 | $11,490.57 | $121,728.76 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re  **James Lotterer**                                             Case No.

   **Erin Lotterer**

                                                                    Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$21,628.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$21,628.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$3,138.85** |
| Average Expenses (from Schedule J, Line 18) | **$3,174.57** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$3,130.51** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$23,697.92** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$98,030.84** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$121,728.76** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **James Lotterer**                                    Case No. _____
       **Erin Lotterer**                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **25** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **11/25/2012** _____        Signature   **/s/ James Lotterer** _____
                                                           **James Lotterer**


Date  **11/25/2012** _____        Signature   **/s/ Erin Lotterer** _____
                                                           **Erin Lotterer**
                                               [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **James Lotterer**                                                   Case No. _____

        **Erin Lotterer**                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|---|---|
| $102,612.00 | 2010 Wages - Debtor and Joint Debtor |

---

None
☐

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse

| AMOUNT | SOURCE |
|---|---|
| $11,138.00 | 2010 Unemployment |
| $9,312.00 | 2010 Income Federal Tax Return |
| $48,032.00 | Unemployment Debtor and Joint Debtor |
| $23,778.00 | 2011 IRA Withdrawl |
| $6,426.00 | 2011 Federal Tax Return |

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| RBS Citizens<br>PO Box 42113<br>Providence, RI 02940 | 8/31, 9/30,<br>10/30<br>Car Payment<br>Dates | $1,215.00 | |

---

None
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **James Lotterer**

**Erin Lotterer**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None

☑   c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors

who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

---

None

☐   **4. Suits and administrative proceedings, executions, garnishments and attachments**

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the

filing of this

bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Case No 12 SC 4508 Cach, LLC V James Lotterer, Erin Lotterer | Breach of Unwritten Contract - Credit Card Debt Buyer | 16th Judicial Circuit, Kane County, IL | Pending |
| Cach LLC v James B Lotterer 12 AR 828 | Debt Buyer Collection Lawsuit | Sixteenth Judicial Circuit Court Kane County, IL | Judgment for Cach 11/7/12 |
| Capital One Bank (USA) NA v James B Lotterer 12 SC 4274 | Small Claims Suit for Credit Card Debt | Sixteenth Judicial Circuit Kane County, IL | Judgment on 11/7/12 - stay for 45 days |
| Wndham Vacation Resorts, INC., FKA Fairfield Resorts, Inc.,FKA Fairfield Comminities, Inc. A Delaware Corp, Plaintiff vs. ...Erin Lotterer.. 2012 CA 32451 CICI (32) | Verified Mortgage Foreclosure Complaint | Seventh Judicial Circuit Court Valusia County, FL | Pending |
| Capital One Bank NA V Jimmi Lotterer 12 SC 4670 | Small Claims Complaint | Sixteenth Judicial Circuit Court, Kane County, IL | Pending |

---

None

☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding

the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

---

None

☑   **5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned

to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must

---

None

☑   **6. Assignments and receiverships**

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   James Lotterer                                          Case No. _____

Erin Lotterer                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the

commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

---

## 7. Gifts

None
☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual

gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

## 8. Losses

None
☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the

commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

---

## 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt

consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Karla Hunter, Attorney at Law** **1750 Grandstand Place, Suite 15** **Elgin, IL 60123** | **10/25/12** | **800** |

---

## 10. Other transfers

None
☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None
☑   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

## 11. Closed financial accounts

None
☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise

transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,

certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

## 12. Safe deposit boxes

None
☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately

preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    James Lotterer                                    Case No. _____

            Erin Lotterer                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this

case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

---

None
☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None
☑

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied

during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address

---

None
☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,

Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic

substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or

regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated

by the debtor, including, but not limited to, disposal sites.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or

potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  James Lotterer

Erin Lotterer

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 18. Nature, location and name of business

None

☑ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,

sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the

commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately

preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six

---

None

☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of

more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or

self-employed in a trade, profession, or other activity, either full- or part-time.

---

### 19. Books, records and financial statements

None

☑ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

---

None

☑ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

---

None

☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

---

None

☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

---

### 20. Inventories

None

☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

---

None

☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **James Lotterer**                                  Case No. _____

**Erin Lotterer**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑

### 21. Current Partners, Officers, Directors and Shareholders
a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

---

None ☑

### 22. Former partners, officers, directors and shareholders
a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

---

None ☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

---

None ☑

### 23. Withdrawals from a partnership or distributions by a corporation
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the

---

None ☑

### 24. Tax Consolidation Group
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the

---

None ☑

### 25. Pension Funds
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor,
as an employer,
has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  <u>**11/25/2012**</u>                            Signature   ___**/s/ James Lotterer**_____
                                                      of Debtor    ***James Lotterer***

Date  <u>**11/25/2012**</u>                            Signature   ___**/s/ Erin Lotterer**_____
                                                      of Joint Debtor   ***Erin Lotterer***
                                                      (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **James Lotterer**                                                    CASE NO
         **Erin Lotterer**
                                                                               CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>WYNDHAM VACATION RESORTS, INC.<br>PO BOX 97474<br>LAS VEGAS, NV 89195<br>xxx xxx xx4 865 | **Describe Property Securing Debt:**<br>Glacier Canyon Time-Share (Wisconsin): |

Property will be (check one):
☑ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br>WYNDHAM VACATION RESORTS, INC.<br>PO BOX 97474<br>LAS VEGAS, NV 89195<br>xxxx xxx xx9 315 | **Describe Property Securing Debt:**<br>Ocean Walk II Time-Share (Florida) |

Property will be (check one):
☑ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **James Lotterer**

**Erin Lotterer**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Club Wyndham Plus<br>P O BOX 97474<br>LAS VEGAS, NV 89195 | **Describe Leased Property:**<br>Home Association and Maintenance<br>Dues for Wyndham timeshares | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐      NO  ☑ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **11/25/2012**                                            Signature   **/s/ James Lotterer**

**James Lotterer**

Date  **11/25/2012**                                            Signature   **/s/ Erin Lotterer**

**Erin Lotterer**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   James Lotterer                                    CASE NO
         Erin Lotterer
                                                          CHAPTER   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | $800.00 |
| Prior to the filing of this statement I have received: | $800.00 |
| Balance Due: | $0.00 |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __11/25/2012__ | /s/ Karla Hunter |
| Date | Karla Hunter                    Bar No.  6298449 |
| | Law offices of Karla Hunter |
| | 1109 Hidden Spring Dr |
| | Naperville, IL 60540 |
| | Phone: (630) 849-4555 / Fax: (630) 369-9599 |

---

| | |
|---|---|
| /s/ James Lotterer | /s/ Erin Lotterer |
| James Lotterer | Erin Lotterer |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **James Lotterer**                                          CASE NO
         **Erin Lotterer**

                                                          CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/25/2012 _____          Signature  __/s/ James Lotterer_____
                                                         *James Lotterer*

Date  11/25/2012 _____          Signature  __/s/ Erin Lotterer_____
                                                         *Erin Lotterer*