B3B (Official Form 3B) (11/11) — Cont.

# UNITED STATES BANKRUPTCY COURT

In re:  James Lotterer and Erin Lotterer          Case No. 12-bk-46253
         Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50  on or before  12-14-12
$ 76.50  on or before  1-14-13
$ 76.50  on or before  2-14-13
$ 76.50  on or before  3-14-13

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
                                         (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: NOV 29 2012

BY THE COURT:

United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

RE:    James Lotterer,, **12-46253**

      I certify that on November 29, 2012 I caused a copy of the attached **Order On Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(**) to the following:

James Lotterer**
Erin Lotterer
116 Simpson St
Geneva, IL 60134

Karla Hunter
Karla Hunter Law
1109 Hidden Spring Dr
Naperville, IL 60540

Charles J Myler
Myler Ruddy & McTavish
105 East Galena Blvd. 8th floor
Aurora, IL 60505

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

                                                                        **Mimi Kuczynski, Courtroom Deputy**